FILED
MAY - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
Washington, D.C.

\* \* \*

\# 282756
R Wayne Johnson, \*
Plaintiff
9601 Spur 591 Clements Unit
Amarillo, Texas 79107 \*

Vs

Case: 1:07-cv-00818
Assigned To : Walton, Reggie B.
Assign. Date : 5/4/2007
Description: Pro Se Gen. Civil

\*

Dept of Veteran Affairs,
US Treasury Dept, \*
Defendants

\*

\* Plaintiff's Original Complaint \*
For Injunctive Relief -
\* And Writ of Mandamus \*

To The Honorable Judge of Said Court:

Comes Now, R Wayne Johnson, and presents this Original Complaint, complaining of the above named defendants and for his asserted causes of actions, he would show the following:

RECEIVED
MAR 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1)

1

\* Parties \*

1. Plaintiff is a prisoner, in the Texas Dept of Criminal Justice, 9601 Spur 591, Amarillo, Texas 79107.

\* Service on Defendants \*

2. Dept of Veteran Affairs may be served with process at 810 Vermont Ave, N.W., Washington, D.C. 20420.

3. US Treasury Dept may be served with process at 3330 Main Treasury Bldg, 1500 Pennsylvania Ave, N.W., Washington D.C. 20222.

\* Jurisdiction \*

4. Jurisdiction of this court is proper pursuant to 28 USC 1361, 1651, mandamus is available. See Mallard, 109 SCt 1814, Miller, 120 SCt 2246, Lamb, 284 F3d 1378. The injunction is permissible under Jacobs, 54 SCt 26, - Stenson, 32 SCt 340 "US Defendants enjoined where they interfere with property

(2)

"rights"), - Schild, 16 SCt 443, Davis, 99 SCt 2264 - no immunity, - Ex parte Fahey, 67 SCt 1558.

## *Factual Allegations*

5. Plaintiff is a service-connected disabled veteran. He served in the Marines from July 1968 - to 4 Aug 1971.

6. Over 20 years ago, once incarcerated, he filed his disability claims with defendant Dept of Veteran Affairs. An appeal was taken to the Board of Veteran Appeals, who rated him at 30 %. He wants it enforced.

7. Defendant Veteran Affairs illegally took his benefits - property - due to an enactment by Congress that did not then, or now, apply to him. It was instead an retroactive application of a federal statute, & such was (is) impermissible, as fully enumerated below.

(3)

8. The polestar of statutory interpretation, a legal question - 38 USC 3.665, was the law erroneously applied by the defendant Veteran Affairs, - retroactively!

9. The presumption against retroactive legislation is deeply rooted in our jurisprudence and embodies legal doctrines centuries older than our republic.

10. In Roman, 112 SCt 1105-12, the court opined that "retroactive legislation presents problems of unfairness that are more serious than those posed by prospective legislation, because it can deprive them of legitimate expectations and upset settled transactions. 61 Tx L. Rev 425-471.

11. Defendant Veteran Affairs unnaturally constrained reading of 38 USC 3.665 Part I (c) Applicability, applies to a person serving a period of incarceration for a felony committed AFTER Oct 7, 1980! The plaintiff's crime was committed Oct 27, 1977. - Thus this law doesnot (couldnot EVER) apply to him.

(4)

12. In pleading further, the 30 90 benefits, are the plaintiff's property as contemplated by the Supreme Court. Goldberg, 397 US at 261, Mathews, 96 SCt 893, and noted by the 5th Circuit. Purcell, 416 US 134. Consequently, "due process required before his property is deprived". Mathews, 96 SCt 893, Roth, 92 SCt 2701, Fuentes, 92 SCt 1983. "Some form of hearing" - Manzo, 380 US 545, Radford, 55 SCt 854 - (bankruptcy code V11 - constitutional taking).

13. Therefore, defendant dept of affairs took the plaintiffs property without due process, or just compensation. No notice, no hearing. Essentially, a layman, without benefit of counsel, applied a statute retroactively, not knowing he-she could not do so. Hall, 34 SCt 459 "new statute divests property right-interest".

   * Legal Authorities *

14. In USI, 114 SCt 1483-1497, the court relied upon Usery, 96 SCt 2882-2893-

(5)

the court held that:

"Use of retroactive legislation as a means of retribution against unpopular groups, individuals. Also, Anderson, 48 S Ct 353 - retroactive violates due process, not apply to conduct made on or before date of enactment." Winfree, 33 SCt 273 (SAME), - Id, 114 SCt at 1482

15. The 5th Amend prevents legislation from depriving private persons of vested property rights except for public use and just compensation." USI, 114 SCt 1483.

16. Statutory retroactivity is not favored. See Bowen, 109 SCt 468-71. Statutes 263, 265. v. presumption against retroactive. Not to vested rights. See Shaw, 106 SCt 2957. (interest on judgment against the US). 114 at 1488.

(6)

## "Congressional Intent"

17. Congressional intent, are to be applied when clear - USI, 114 SCt at 1496. Also, Miller, 120 SCt 2246, - and ACLU, 117 SCt 2329-2344, "intent is clear, court must give effect to that intent". Atkinson, 82 SCt 1328, Locke, 105 SCt 1785, "interpretation of statute analysis began with language employed by Congress." Howe, 101 SCt 2468-74, Ruben, 449 US 424-30, Russelo, 104 SCt 296-300.

18. In addition, US, 103 SCt 406-413, the court opined:

    "Walker, 85 SCt 1731 - legislation must be considered as addressed to the FUTURE, not the past, and not effect PRE-existing property rights." Holt, 34 SCt 459.

19. USI, 114 SCt at 1499 - Soulz, 22 F. Cass 756 (No 13,156) - 1814) - court held:

    "every statute which takes

(7)

away or impairs vested rights acquired under existing laws, or creates new obligations, imposes new duties, new disability." Bell, 3 Dall 386 (1798).

at 1497- "Bill of Attainder, prohibits legislation from singling out disfavored groups, meting out summary punishment for past conduct." Brown, 85 SCt 1707-

20. Usery, 96 SCt 2882-93- "due process protects the interest in fair notice and repose which by compare by retroactive legislation". James, 81 SCt 1052.

21. The presumption against retroactivity has consistently been explained by reference to unfairness of imposing new burdens, imposing them on a person after the fact. 114 SCt at 1500 - Claridge, 65 SCt 172-185, Laramiere, 34 SCt 102, Chew, 5 SCt 255 "since statute, retroactive operat

(8)

ion whereby rights previously vested are injuriously effected."

22. Thus, 38 USC 3.665, does not apply to the plaintiff. The 30% award was suspended by the department, an error of constitutional magnitude, without due process. The court must enforce the statutory language favorable to the plaintiff.

23. The Boards 30% award must be reinstated with all back pay since it was illegally taken, as that 30% award, legally, still stands!

24. USI, 114 SCt at 1507, - Franklin, 112 SCt 1028 - the court held that:

> "where legal rights have been invaded, and a federal statute provides a remedy, for such invasion, court must use any available remedy to

(9)

make good the wrongs." Bell, 66 SCt 773-777.

25. A paean to this legal scenario is McNary, 102 SCt 177-190, court held:

"when Congress grants federal courts authority with jurisdiction, it is not free to repudiate that authority" England, 84 SCt 461

First Cause of Action: "Writ of Mandamus"

26. Pursuant to 28 USC 1361, 1651, - Mallard, 109 SCt 1814, - Miller, 100 SCt 2246, Lamb, 284 F3d 1378, the plaintiff seeks the issuance of a mandamus to compel performance of a ministerial duty by both the defendants.

27. Specifically issued to the department of veteran affairs to enforce the board's 30% award of disability benefits as that entails and, prevails over 38 USC

(10)

3.665' application to this plaintiff - retroactively PER "legislative statutory language" - the threshold inquiry under the bases of this suit.

28. Issue the mandamus to the Dep't of Treasury, as it holds the plaintiff's money illegally, - to issue all back pay, with interest thereon, at the 30% rate, $324.00 a month, since it was taken illegally, many years ago. Ex parte Taher, 67 S Ct 1558.

## Second Cause of Action: "Injunctive Relief"

29. Injunction is sought against both the defendants to prohibit them from enforcing 38 USC 3.665 to the plaintiff's 30% award of service connected disability, per statutory intent, which the court is required to adhere to.

30. Injunction to enjoin these US defendants to prevent the withholding of his property-

(11)

benefits, and such remedy is permissable. See Jacobs, 54 SCt 26, Stinson, 32 SCt 340, Schild, 16 SCt 443. Ex parte Fahey, 67 SCt 1558

31. Both the mandamus and Injunction is sought, and must issue in defendants official capacities.

Wherefore Premises Considered, the plaintiff prays that:

1. That the court issue show cause, - citation of suit, so that defendants may answer and appear herein, with service on the US Attorney General also,

2. That the court issue a Writ of Mandamus to both defendants to compel performance of their ministerial duties, to reinstate the full 30% check each month with all back pay due and interest thereon at the legal rate,

3. Issue corresponding injunction relief

(12)

to both defendants, to enjoin them from holding his property owed, and not enforce 38 USC 3,665 against plaintiff as permitted, Jacobs, 54 SCt 26, Simson, 32 SCt 340,

4. Such other and further relief to which entitlement is shown under this pleading or any proper amendment hereto,

Respectfully Submitted,

R Wayne Johnson 282756
9601 Spur 591 Clements Unit
Amarillo, TX 79107

SSI- 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
USMC # 2487144

State of Texas *
County of Potter *

* Verification *

I declare under the penalties of perjury that the foregoing facts are true and correct. 28 USC 1746

/13/        R Wayne Johnson

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

F
02-818
RBW

## I (a) PLAINTIFFS
R. WAYNE JOHNSON

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PA)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS
DEPT. OF VETERAN AFFAIRS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-00818
Assigned To : Walton, Reggie B.
Assign. Date : 5/4/2007
Description: Pro Se Gen. Civil

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☒ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

— O —

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⬤ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1361 - WRIT OF MANDAMUS

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES  ⬤ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES  ⬤ NO   If yes, please complete related case form.

DATE 5-4-07   SIGNATURE OF ATTORNEY OF RECORD   NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd