UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ECF**

| | |
|---|---|
| R. Wayne Johnson, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07 0818 |
| ) | |
| Dep't of Veterans Affairs *et al.*, ) | |
| ) | |
| Respondents. ) | |

### ORDER DIRECTING RESPONDENTS TO SHOW CAUSE

It is this ___9th___ day of ~~March~~ MAY 2007,

ORDERED that respondent, by counsel, shall, within ___30___ days of service of a copy of this Order and the Petition for Writ of Mandamus, file with this Court and serve on the petitioner a statement showing why the writ should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshals Service for the purpose of making service of same on the respondents and the United States Attorney for the District of Columbia.

_____
United States District Judge