UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWAYNE JOHNSON, )<br> )<br> Petitioner, )<br> v. )<br> )<br>UNITED STATES DEPARTMENT OF )<br>VETERAN'S AFFAIRS and the )<br> )<br>UNITED STATES DEPARTMENT OF )<br>THE TREASURY, )<br> )<br> Respondents. )<br>_____) | Civil Action No. 07-0818 (RBW) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the Defendants in the above-captioned case.

Respectfully submitted,

  /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
202-307-0895/ FAX 202-514-8780
sherease.louis@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R. WAYNE JOHNSON, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-0818 (RBW) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| VETERAN'S AFFAIRS and the | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| THE TREASURY, | ) |
| | ) |
| Respondents. | ) |
| | ) |

### CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice of Appearance was made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

DWAYNE JOHNSON # 282756
9601 Spur
591 Clements Unit
Amarillo, TX 79107

on this 6th day of June, 2007.

                                                        /s Sherease Louis
                                                      SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 307-0895