UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWAYNE JOHNSON, | ) |
|     Petitioner, | ) ) ) |
|     v. | )   Civ. Action No. 07-0818 (RBW) ) |
| DEPARTMENT OF VETERANS AFFAIRS *et al.*, | ) ) ) |
|     Respondents. | ) ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the Order to Show Cause [Dkt. No. 4] is DISCHARGED; it is

FURTHER ORDERED that respondents' motion to dismiss [Dkt. No. 8] is GRANTED; it is

FURTHER ORDERED that all other pending motions [Dkt. Nos. 10, 11] are DENIED without prejudice; it is

FURTHER ORDERED that the Order granting petitioner's motion for leave to proceed *in forma pauperis* [Dkt. No. 3] is VACATED; and it is

FURTHER ORDERED that within 30 days of this Order, plaintiff shall pay to the Clerk of Court the filing fee of $350 to maintain this action or suffer dismissal of the case.

                                                _____s/_____
                                                Reggie B. Walton
                                                United States District Judge

Date: August 29, 2007