UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWAYNE JOHNSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DEPARTMENT OF VETERANS )<br>AFFAIRS *et al.*, )<br>)<br>Respondents. )<br>_____) | Civ. Action No. 07-0818 (RBW) |

ORDER

By Order of August 29, 2007, petitioner was given 30 days to pay the $350 filing fee for this civil action or suffer dismissal of the case based on his inability to proceed *in forma pauperis*. *See* accompanying Memorandum Opinion (applying 28 U.S.C. § 1915(g) (2006)). Petitioner has not complied. Accordingly, it is

ORDERED that this case is DISMISSED without prejudice. This is a final appealable Order.

_____s/_____
Reggie B. Walton
United States District Judge

Date: October 17, 2007