US Court Appeals
Washington, DC

\*     \*     \*

R Wayne Johnson   \*

c/s   \*

\*  Cause 07-0818 RBW

Dept (Veteran Affairs),   \*

RECEIVED
NOV -5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Notice of Appeal

1. I appeal the Order of October 17, 2007 which is an abuse of discretion inasmuch as NO fee is required, thus 28 USC 1915(s) is rendered meaningless.

2. MLB, 117 SCt 555-563, court held "In the civil context, if the right is fundamental, the fee must be waived."

(1)

3. The court must "vindicate the Supreme Law of the land" Halderman, 104 SCt 900-912, Lawrence 123 SCt

4. Garrity, 87 SCt 616-620, court held

"There are rights of constitutional stature whose exercise the government may not condition by the exaction of a price. Answers First Amend is one - Murdock, 63 SCt 870-75

"a state may not charge for the exercise of a right guaranteed by the federal constitution."

5. Federal courts cannot charge, inasmuch as the "vindicate the Supreme Law of the land" - the First Amend included.

6. Consequently, Lonchar, 116 SCt 1293-1307

(2)

"It is a paradigmatic abuse of discretion for a court to base its judgment on an erroneous view of the law."

Transfer the whole case file to the court of appeals

Respectfully

R Wayne Johnson 78774
9601 Spur 591 - Clements
Amarillo, TX 79107

(3)