# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5366**                                          **September Term 2007**

07cv00818

**Filed On: April 10, 2008** [1110220]

R. Wayne Johnson,

    Appellant

    v.

Department of Veterans Affairs and United
States Treasury Department,

    Appellees

## ORDER

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on March 28, 2008, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

                BY:   /s/
                          Elizabeth V. Scott
                          Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis