UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R. WAYNE JOHNSON,       )<br>                                               )<br>            Petitioner,            )<br>                                               )<br>    v.                                       )         Civil Case No. 07-0818 (RBW)<br>                                               )<br>DEPARTMENT OF VETERANS AFFAIRS,  )<br>*et al.*,                                  )<br>                                               )<br>            Respondents.        )<br>                                               ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brian P. Hudak and remove the appearance of Assistant United States Attorney Sherease Pratt as counsel for Respondents in the above captioned action.

Dated: April 15, 2008
        Washington, D.C.

                                                                Respectfully submitted,

                                                                  /s/
                                                                _____
                                                                BRIAN P. HUDAK
                                                                Assistant United States Attorney
                                                                Civil Division
                                                                555 4th Street, NW
                                                                Washington, DC 20530
                                                                (202) 514-7143
                                                                brian.hudak@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2008, a true and correct copy of the above Substitution of Counsel, was served upon *pro se* Petitioner R. Wayne Johnson, by first class United States mail, postage prepaid, to:

> R. Wayne Johnson (No. 282756)
> Clements HSU, TX State Prison
> 9601 NE 24th Street
> Amarillo, TX 79107-0000

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
brian.hudak@usdoj.gov