UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| R. WAYNE JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-0818 (RBW) |
| ) | |
| DEPARTMENT OF VETERANS AFFAIRS, ) | |
| *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May, 2008, a true and correct copy of Respondents' Opposition to Petitioner's Motion for Leave to Proceed on Appeal *In Forma Pauperis*, was served upon *pro se* Petitioner R. Wayne Johnson,[1] by first class United States mail, postage prepaid, to:

R. Wayne Johnson (No. 282756)
Clements HSU, TX State Prison
9601 NE 24th Street - Clements
Amarillo, TX 79107-9606

Respectfully submitted,

/s/
BRIAN P. HUDAK
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-7143
*Attorney for Respondents*

---

[1] Counsel discovered this date that a copy of the aforementioned filing was inadvertently not placed into the mails until today, May 5, 2008.