UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWAYNE JOHNSON, | ) |
|       Petitioner, | ) |
|       v. | ) Civ. Action No. 07-0818 (RBW) |
| DEPARTMENT OF VETERANS AFFAIRS *et al.*, | ) |
|       Respondents. | ) |

ORDER

Petitioner seeks leave to appeal *in forma pauperis* the Order dismissing this case pursuant to the three-strike provision of the Prison Litigation Reform Act, codified at 28 U.S.C. § 1915(g) (2006). The Act also bars qualified individuals from "appeal[ing] a judgment in a civil action." *Id*. Accordingly, it is

ORDERED that petitioner's motion for leave to appeal *in forma pauperis* [Dkt. No. 19] is DENIED. The Clerk is directed to transmit this Order immediately to the appellate court.

                                      _____s/_____
                                      Reggie B. Walton
                                      United States District Judge

Date: May 6, 2008