**CLERK'S OFFICE**
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

RTS- name + do not match



DWAYNE JOHNSON
NO. 282756
9601 Spur
591 Clements Unit
Amarillo, TX 79107

02 1A
0004634648
MAILED FROM ZIP CODE 20001
$00.41
APR 18 2008
PITNEY BOWES
UNITED STATES POSTAGE